**UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA**
_gainesville_ **DIVISION**

## CIVIL RIGHTS COMPLAINT FORM
### TO BE USED BY PRISONERS IN ACTIONS UNDER 42 U.S.C. § 1983

Jessie Long ,

Inmate # _____.
   (Enter full name of Plaintiff)

vs.

CASE NO: 1-19-cv-10-
   (To be assigned by Clerk) MW/
   GRJ

Sheriff Sadie Darnell
Unknown Food Svc. Director ,

_____,

_____,

_____.

(Enter name and title of each Defendant.
If additional space is required, use the
blank area below and directly to the right.)

## ANSWER ALL QUESTIONS ON THE FOLLOWING PAGES:

FILED USDC FLND GV
JAN 22 '19 PM2:02

## I.   PLAINTIFF:

State your <u>full name</u>, inmate number (if applicable), and full mailing address in the lines below.

Name of Plaintiff:   Jessie Long

Inmate Number

Prison or Jail:   Alachua County Jail

Mailing address:   3333 NE 39th Ave,
Gainesville, FL 32609

## II.   DEFENDANT(S):

State the <u>name</u> of the Defendant in the first line, official position in the second line, place of employment in the third line, and mailing address.  Do the same for **every** Defendant:

(1)   Defendant's name:   Sadie Darnell - official capacity
Official position:   Sheriff
Employed at:   Alachua Co. Sheriffs Ofc.
Mailing address:   2621 SE Hawthorne Rd
Gainesville, FL 32641

(2)   Defendant's name:   Unknown at time - individual/official
Official position:   Food Service Mgr./Dir.          capacities
Employed at:   Alachua Co. Jail / Aramark
Mailing address:   3333 NE 39th Ave,
Gainesville, FL 32609

(3)   Defendant's name:   _____
Official position:   _____
Employed at:   _____
Mailing address:   _____
_____

## **ATTACH ADDITIONAL PAGES HERE TO NAME ADDITIONAL DEFENDANTS**

## III.   EXHAUSTION OF ADMINISTRATIVE REMEDIES

**Exhaustion of administrative remedies is required prior to pursuing a civil rights action regarding conditions or events in any prison, jail, or detention center. 42 U.S.C. § 1997e(a). Plaintiff is warned that any claims for which the administrative grievance process was not completed prior to filing this lawsuit may be subject to dismissal.**

## IV.   PREVIOUS LAWSUITS

NOTE:  FAILURE TO DISCLOSE **ALL** PRIOR CIVIL CASES MAY RESULT IN THE DISMISSAL OF THIS CASE.  IF YOU ARE UNSURE OF ANY PRIOR CASES YOU HAVE FILED, THAT FACT MUST BE DISCLOSED AS WELL.

A.   Have you initiated other actions in **state court** dealing with the same or similar facts/issues involved in this action?
Yes(   )                              No( X )

1.   Parties to previous action:
(a)   Plaintiff(s): _____
(b)   Defendant(s): _____

2.   Name of judge: _____        Case #: _____

3.   County and judicial circuit: _____

4.   Approximate filing date: _____

5.   If not still pending, date of dismissal: _____

6.   Reason for dismissal: _____

7.   Facts and claims of case: _____
_____

**(Attach additional pages as necessary to list state court cases.)**

B.   Have you initiated other actions in **federal court** dealing with the same or similar facts/issues involved in this action?

Yes(   )                              No( X )

1.   Parties to previous action:
a.   Plaintiff(s): _____
b.   Defendant(s): _____

2.   District and judicial division: _____

3.   Name of judge: _____        Case #: _____

4.   Approximate filing date: _____

5.   If not still pending, date of dismissal: _____

6.   Reason for dismissal: _____

3

7.   Facts and claims of case: _____

_____

**(Attach additional pages as necessary to list other federal court cases.)**

C.   Have you initiated other actions (*besides those listed above in Questions (A) and (B)*) in **either state or federal court** that relate to the fact or manner of your incarceration (including habeas corpus petitions) or the conditions of your confinement (including civil rights complaints about any aspect of prison life, whether it be general circumstances or a particular episode, and whether it involved excessive force or some other wrong)?

Yes(   )                         No( ✗)

If YES, describe each action in the space provided below. If more than one action, describe all additional cases on a separate piece of paper, using the same format as below.

1.   Parties to previous action:
     a.   Plaintiff(s): _____
     
     b.   Defendant(s): _____

2.   District and judicial division: _____

3.   Name of judge: _____   Case #: _____

4.   Approximate filing date: _____

5.   If not still pending, date of dismissal: _____

6.   Reason for dismissal: _____

7.   Facts and claims of case: _____

_____

**(Attach additional pages as necessary to list cases.)**

D.   Have you ever had any actions in **federal court** dismissed as frivolous, malicious, failing to state a claim, or prior to service? If so, identify each and every case so dismissed:

Yes(   )                         No( ✗ )

1.   Parties to previous action:
     a.   Plaintiff(s): _____
     
     b.   Defendant(s): _____

2.   District and judicial division: _____

3.   Name of judge: _____   Case Docket # _____

4.   Approximate filing date: _____   Dismissal date: _____

5.   Reason for dismissal: _____

4

6.    Facts and claims of case: _____

_____

**(Attach additional pages as necessary to list cases.)**

## V.    STATEMENT OF FACTS:

State briefly the FACTS of this case.  Describe how <u>each</u> Defendant was involved and what each person did or did not do which gives rise to your claim.  In describing what happened, state the names of persons involved, dates, and places.  <u>Do not make any legal arguments or cite to any cases or statutes.</u>  You must set forth separate factual allegations in separately numbered paragraphs.  You may make copies of this page if necessary to supply all the facts.  Barring extraordinary circumstances, no more than five (5) additional pages should be attached.  **(If there are facts which are not related to this same basic incident or issue, they must be addressed in a separate civil rights complaint.)**

The Alachua County Sheriffs Office-Dept. of the Jail ("Jail) has implemented a policy that violates my constitutional rights to freedom of speech, freedom of expression, and freedom of religion by limiting all non-legal incoming mail to metered postcards. The policy makes it impossible to receive photos of my kids or effectively communicate with my family. The policy also denies my right to receive religious tracts, spiritual books, scriptures, etc by mail regardless of the source. As a result of the policy, I have not been able to communicate with my kids or other family members as they dont have money to purchase "special" postcards to write me. The policies have directly impeded my ability to practice religion in the jail because my clergy is unable to send me religious materials by mail.

The Jail and their contracted food service provider Aramark are violating my 8th amendment right to be free from cruel and unusual punishments by refusing to provide adequate meals that meet the dietary standards for jails nationwide. Furthermore, the food service routinely uses low grade food items marked "NOT FOR HUMAN CONSUMPTION" in its recipes, specifically the soy meat products used in the place of ground beef. The jail and the contract provider are forcing me to eat "cattle feed" products and depriving me of adequate nutrition on a daily basis.

As a result of the cruel punishment inflicted upon me by the jail and their provider, I have lost a lot of weight and have developed medical conditions.

## VI.   STATEMENT OF CLAIMS:

State what rights under the Constitution, laws, or treaties of the United States you claim have been violated. Be specific.  Number each separate claim and relate it to the facts alleged in Section V.  **If claims are not related to the same basic incident or issue, they must be addressed in a separate civil rights complaint.**

1.) First Amendment Rights to Freedom of Speech, freedom of expression, and Freedom of religion.

2.) Eighth Amendment Right to be free from cruel and unusual punishments.

## VII.   RELIEF REQUESTED:

State briefly what relief you seek from the Court.  Do not make legal arguments or cite to cases/ statutes.

Injunctive Relief to force defendants to rescind policies that restrict mail to postcards only. Also to order food service provider to provide adequate dietary services with human consumption grade products only. Compensatory damages: $5,000,000.00

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING STATEMENTS OF FACT, INCLUDING ALL CONTINUATION PAGES, ARE TRUE AND CORRECT.**

1-14-19
(Date)

_Jesse Joney_
(Signature of Plaintiff)

### IF MAILED BY PRISONER:

I declare (or certify, verify, or affirm) under penalty of perjury that this complaint was (check one): ☑ delivered to prison officials for mailing or ☐ deposited in the prison's internal mail system on: the 18th day of January, 20 19.

_Jesse Joney_
(Signature of Plaintiff)

Revised 03/07

7

Jesse David Long
3333 N.E. 39th Ave.
Gainesville, FL 32609-2639

LEGAL

GAINESVILLE FL 326
19 JAN 2019 PM 1

Clerk, U.S. District Court
401 S.E. First Avenue
Room 243
Gainesville, Florida 32601-6895

32601-689568

CHECKED JAN 22 2019