# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
### GAINESVILLE DIVISION

JESSIE LONG,

    *Plaintiff,*

v.                              Case No. 1:19cv10-MW/CAS

SHERIFF SADIE DARNELL,
ET AL.,

    *Defendants.*

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 6. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED**:

The report and recommendation is accepted and adopted as this Court's opinion. The Clerk shall enter judgment stating, "This case is **DISMISSED without prejudice** for failure to comply with a court order and failure to prosecute." The Clerk shall close the file.

**SO ORDERED on May 27, 2019.**

                                         s/Mark E. Walker            
                                         **Chief United States District Judge**